UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anchor Wall Systems, Inc.,

v. Civil No. 99-1356(DSD/JMM)

Rockwood Retaining Walls, Inc, et al.

------------------------------

Anchor Wall Systems,

v. Civil No. 01-105(MJD/JGL)

GLS Industries, Inc., et al.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 99-1356(DSD/JMM) having been assigned to Judge David S. Doty and Case No. 01-105(MJD/JGL) having later been assigned to Judge Michael J. Davis, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-105(MJD/JGL) be assigned to Judge Doty, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order dated May 28, 1998,

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: February 16, 2001

David S. Doty, Judge
United States District Court

Dated: February 20, 2001

Michael J. Davis, Judge
United States District Court

FEB 22 2001
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge David S. Doty and Magistrate Judge John M. Mason.

NEW CASE NUMBER 01-105 DSD/JMM

Use this case number for all further filings.