UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANCHOR WALL SYSTEMS, CIVIL NO. 99-1356 (DSD/JMM)

Plaintiff,

v.

ROCKWOOD RETAINING WALLS,
INC. and RAYMOND R. PRICE,

Defendants.

---

ANCHOR WALL SYSTEMS, CIVIL NO. 01-104 (DSD/JMM)

Plaintiff,

v.

ROCKWOOD RETAINING WALLS,
INC., GLS INDUSTRIES, INC.,
EQUIPMENT, INC., RAYMOND R.
PRICE and GERALD P. PRICE,

Defendants.

---

ANCHOR WALL SYSTEMS, CIVIL NO. 01-105 (DSD/JMM)

Plaintiff,

v.

GLS INDUSTRIES, INC. and
EQUIPMENT, INC.,

Defendants.

ORDER FOR PRETRIAL CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

MAR - 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of Rule 42(a), the above matters are consolidated for pretrial purposes. The Clerk may close Civil File No. 01-104 (DSD/JMM) and Civil File No. 01-105 (DSD/JMM), and merge the contents thereof with Civil File No. 99-1356 (DSD/JMM).

2. All pleadings hereafter filed in these consolidated matters shall bear the caption:

ANCHOR WALL SYSTEMS, CIVIL NO. 99-1356 (DSD/JMM)

Plaintiff,

v.

ROCKWOOD RETAINING WALLS,
INC., GLS INDUSTRIES, INC.,
EQUIPMENT, INC., RAYMOND R.
PRICE and GERALD P. PRICE,

Defendants.

3. Any motion seeking the consolidation of these cases for trial shall be filed no earlier than November 1, 2001, and no later than January 1, 2002.

Dated: March 7, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Parties agree that these cases should be consolidated for pretrial purposes, and should be governed by a Pretrial Scheduling Order which is identical for all cases. The Court reserves to a later date the issue of whether the cases should be consolidated for trial.

J.M.M.